IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-17-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO DISMISS INDICTMENT AND VACATE HEARING |
| SCHUYLER STEWART ZWAR, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 35) against the defendant, and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby DISMISSED without prejudice.

IT IS FURTHER ORDERED that the competency hearing scheduled for August 14, 2025, is VACATED.

DATED this 14th day of August, 2025.

SUSAN P. WATTERS
United States District Judge

1